1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE OHLERT, | CASE NO. 1:07-cv-0900-AWI DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| K. CLARK, et al., | (Doc. 9) |
| Defendants. | |
| _____/ | |

Plaintiff Lance Ohlert ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On October 6, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days.[1]  Plaintiff did not file timely objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.  The Magistrate Judge found that the original complaint did not state a claim, and the Magistrate Judge gave Plaintiff notice

---

[1] The United States Postal Service returned the Findings and Recommendations on October 27, 2008 as undeliverable.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  Local Rule 83-182(f).

1   of the complaint's pleading deficiencies and an opportunity to amend.  See Lopez v. Smith, 203 F.3d

2   1122 (9th Cir. 2000) (if court determines that complaint fails to state claim, leave to amend may be

3   granted to extent that complaint's deficiencies can be cured); Noll v. Carlson, 809 F. 2d 1446, 1448

4   (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to

5   dismissing for failure to state a claim).   Plaintiff has failed to comply with the court's order to file

6   an amended complaint.   Thus, this action is subject to dismissal for Plaintiff's failure to state a claim

7   and failure to comply with the court's order that he file an amended complaint.

8          Accordingly, IT IS HEREBY ORDERED that:

9          1.      The Findings and Recommendations, filed October 6, 2008, is adopted in full; and

10         2.      This action is dismissed in its entirety based on plaintiff's failure to obey a court

11                 order and failure to state a claim upon which relief may be granted.

12

13  IT IS SO ORDERED.

14  **Dated:    December 16, 2008            /s/ Anthony W. Ishii**
                                   CHIEF UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2