# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE OHLERT,<br><br>             Plaintiff,<br><br>   v.<br><br>K. CLARK, et al.,<br><br>             Defendants.<br>                             / | CASE NO. 1:07-cv-0900-AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION<br><br>ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM AND FAILURE TO COMPLY WITH A COURT ORDER<br><br>(Doc. 9) |

      Plaintiff Lance Ohlert ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

      On October 6, 2008, the Magistrate Judge filed a Findings and Recommendations that recommended this action be dismissed because the complaint failed to state a claim and Plaintiff did not comply with the court's order to file an amended complaint. These Findings and Recommendations were served on plaintiff and contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty days.[1] Plaintiff did not file timely objections to the Findings and Recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

---

[1] The United States Postal Service returned the Findings and Recommendations on October 27, 2008 as undeliverable. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. Local Rule 83-182(f).

1

1  de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings
2  and Recommendations to be supported by the record and by proper analysis.  Not only did Plaintiff
3  fail to comply with the court's order to file an amended complaint, this case can be dismissed for
4  Plaintiff's failure to state a claim.  See Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000) (if court
5  determines that complaint fails to state claim, leave to amend may be granted to extent that
6  complaint's deficiencies can be cured);  Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987)
7  (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for
8  failure to state a claim).

9       Accordingly, IT IS HEREBY ORDERED that:
10      1.      The Findings and Recommendations, filed October 6, 2008, is adopted in full;
11      2.      This action is dismissed based on plaintiff's failure to obey the court's order of
12              August 21, 2008 and for failure to state a claim upon which relief may be granted;
13              and
14      3.      The Clerk of the Court is DIRECTED to close this file.

16  IT IS SO ORDERED.
17  Dated:   December 15, 2008                    /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE